UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANIEL ANTOINE, individually and on behalf of a class of similarly situated individuals, : <br><br> Plaintiff, : <br><br> v. : <br><br> AARON'S, INC., : <br><br> Defendant. : | CIVIL ACTION NO. <br><br> 1:14-CV-2120-MHS |

## ORDER

As a Senior Judge of this Court, the undersigned DECLINES assignment of this case and DIRECTS the Clerk to reassign the case to another judge.

IT IS SO ORDERED, this 9th day of July, 2014.

Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia

AO 72A
(Rev.8/82)