IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANIEL ANTOINE, | ) |
| | ) |
| Plaintiff, | ) Case No.: 1:14-cv-2120-AT-WEJ |
| | ) |
| v. | ) |
| | ) |
| AARON'S, INC. | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME
FOR DEFENDANT AARON'S, INC. TO
RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Aaron's, Inc. ("Aaron's, Inc."), through counsel, moves the Court for an Order extending the time in which Aaron's, Inc. may file a response to Plaintiff's Complaint to and including August 29, 2014. In support of the Consent Motion, Aaron's, Inc. states as follows:

1. On July 9, 2014, Plaintiff served the Complaint on Aaron's, Inc. (Doc. 1-1.)

2. Counsel for Aaron's, Inc. requested, and counsel for Plaintiff agreed, that Aaron's, Inc. may have up to and including August 29, 2014 to file a response to Plaintiff's Complaint. An extension of time is necessary for counsel for

1

Aaron's, Inc. to investigate fully the facts of this case and to properly respond to the allegations in Plaintiff's Complaint.

Therefore, for good cause shown and after consultation with Plaintiff's counsel, Aaron's, Inc. respectfully requests an Order extending the time in which Aaron's, Inc. may file a response to Plaintiff's Complaint through, and including, August 29, 2014.

Respectfully submitted this 23rd day of July, 2014.

/s/
Barry Goheen
Georgia Bar No. 299203
J. Anthony Love
Georgia Bar No. 459155
K. Ann Broussard
Georgia Bar No. 100142
Ian E. Smith
Georgia Bar No. 661492

KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Fax: (404) 572-5100
BGoheen@kslaw.com
TLove@kslaw.com
ABroussard@kslaw.com
IESmith@kslaw.com

**Attorneys for Aaron's, Inc.**

## CERTIFICATE OF COMPLIANCE

I hereby certify, in compliance with Local Rule 5.1(C), that the foregoing pleading has been prepared using 14 point Times New Roman font.

                                              /s/
                                              Barry Goheen
                                              Georgia Bar No. 299203

# CERTIFICATE OF SERVICE

I hereby certify that I presented the foregoing **Consent Motion for Extension of Time to Respond to Plaintiff's Complaint** to the Clerk of the Court for filing and uploading to the CM

Jennifer Auer Jordan
The Jordan Firm, LLC
Suite 880
1447 Peachtree Street, N.E.
Atlanta, GA 30309

Steven L. Woodrow
The Edelson Law Firm
350 North LaSalle, 13th floor
Chicago, IL 60654

*Attorneys for Plaintiff*

This 23rd day of July, 2014.

/s/
Barry Goheen