IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DANIEL ANTOINE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AARON'S, INC. )<br>)<br>Defendant. ) | Case No. 1:14-cv-2120-AT-WEJ |

**DEFENDANT AARON'S INC.'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rules of Civil Procedure Rule 7.1 and L.R. 3.3, Defendant Aaron's, Inc. ("Aaron's"), by and through counsel of record, files this Certificate of Interested Persons and Corporate Disclosure Statement.

1. The undersigned counsel of record for Aaron's certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Aaron's states that it is a corporation existing under the laws of the State of Georgia, it has no parent corporation, and there is no publicly held company that owns 10 percent of more of the stock of Aaron's.

1

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Not applicable

3. The undersigned further certify that the following is a full and complete list of all persons appearing as attorneys for Defendant:

Barry Goheen
Georgia Bar No. 299203
J. Anthony Love
Georgia Bar No. 459155
K. Ann Broussard
Georgia Bar No. 100142
Ian E. Smith
Georgia Bar No. 661492

KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:  (404) 572-4600
Fax:  (404) 572-5100
BGoheen@kslaw.com
TLove@kslaw.com
ABroussard@kslaw.com
IESmith@kslaw.com

A supplemental disclosure statement will be filed upon any change in the information provided herein.

2

Respectfully submitted this 23rd day of July, 2014.

/s/
Barry Goheen
Georgia Bar No. 299203
J. Anthony Love
Georgia Bar No. 459155
K. Ann Broussard
Georgia Bar No. 100142
Ian E. Smith
Georgia Bar No. 661492

KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309
Telephone:  (404) 572-4600
Fax:  (404) 572-5100
BGoheen@kslaw.com
TLove@kslaw.com
ABroussard@kslaw.com
IESmith@kslaw.com

**Attorneys for Aaron's, Inc.**

## CERTIFICATE OF COMPLIANCE

I hereby certify, in compliance with Local Rule 5.1(C), that the foregoing pleading has been prepared using 14 point Times New Roman font.

                                              /s/
                                              Barry Goheen
                                              Georgia Bar No. 299203

## CERTIFICATE OF SERVICE

I hereby certify that I presented the foregoing **DEFENDANT AARON'S, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification to the following counsel of record:

Jennifer Auer Jordan
The Jordan Firm, LLC
Suite 880
1447 Peachtree Street, N.E.
Atlanta, GA 30309

Steven L. Woodrow
The Edelson Law Firm
350 North LaSalle
13th floor
Chicago, IL 60654

*Attorneys for Plaintiff*

This 23rd day of July, 2014.

/s/_____
Barry Goheen