OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, S.W.
ATLANTA, GEORGIA 30303-3361

OFFICIAL BUSINESS

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 11 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

U.S. POSTAGE » PITNEY BOWES
ZIP 30303 $ 000.69⁰
02 1W
0001383857 JUL 30 2014

Steven L. Woodrow
Edelson PC-CO
999 W. 18th Street
Denver, CO 80202

NIXIE   802024601-1N   08/05/14

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

8020224999

Steven L. Woodrow
Edelson PC-CO
999 W. 18th Street
Denver, CO 80202

---------------------------------------------------------------

*************** ATTENTION ***************

If you are a bar member in good standing with the Northern District of Georgia
or a PHV attorney, electronic filing became mandatory for ALL attorneys
effective July 15, 2005. Register now for an ECF userid and password.
Please visit http://www.gand.uscourts.gov to sign up as an ECF user.
You may also call 404-215-1600.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| ANTOINE, | ) | |
|     Plaintiff | ) | 1:14CV02120-AT-WEJ |
| v. | ) | |
| AARON'S, INC., | ) | |
|     Defendant | ) | |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **the request of Petitioner Steven L. Woodrow** to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This <u>30th</u> day of <u>July</u>, 20<u>14</u>.

_____
UNITED STATES DISTRICT JUDGE

## Orders on Motions

1:14-cv-02120-AT-WEJ Antoine v. Aaron's, Inc.

4months,ATLC1,CLASS

## U.S. District Court

## Northern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 7/30/2014 at 1:38 PM EDT and filed on 7/30/2014

**Case Name:** Antoine v. Aaron's, Inc.
**Case Number:** 1:14-cv-02120-AT-WEJ
**Filer:**
**Document Number:** 9

**Docket Text:**
**ORDER granting [5] Application for Admission Pro Hac Vice of Petitioner Steven L. Woodrow. Signed by Judge Amy Totenberg on 7/30/14. (hfm)**

**1:14-cv-02120-AT-WEJ Notice has been electronically mailed to:**

Jennifer Auer Jordan    jennifer@thejordanfirm.com, mpm@birdlawgroup.com, sandi@thejordanfirm.com

John Anthony Love    tlove@kslaw.com, equifaxecf@kslaw.com

**1:14-cv-02120-AT-WEJ Notice has been delivered by other means to:**

Megan L. Lindsey
Edelson PC-CO
999 W. 18th Street
Denver, CO 80202

Steven L. Woodrow
Edelson PC-CO
999 W. 18th Street
Denver, CO 80202

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=7/30/2014] [FileNumber=6567676-0
] [723f2edd3183d52e72c29206a3c444ef3dbc07c74e377e18b11dba210c459f9eb16
4257cbb55250a008f1017c3fc31bcd11180df220d7cf71c857f2c31aea88d]]

Megan L. Lindsey
Edelson PC-CO
999 W. 18th Street
Denver, CO 80202

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -


***************     ATTENTION     ***************

If you are a bar member in good standing with the Northern District of Georgia
or a PHV attorney, electronic filing became mandatory for ALL attorneys
effective July 15, 2005.  Register now for an ECF userid and password.
Please visit http://www.gand.uscourts.gov to sign up as an ECF user.
You may also call 404-215-1600.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| ANTOINE, | ) | |
|     Plaintiff | ) | 1:14CV02120-AT-WEJ |
| v. | ) | |
| AARON'S, INC., | ) | |
|     Defendant | ) | |

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **the request of Petitioner Megan L. Lindsey** to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This __30th__ day of __July__, 20__14__.

_____
UNITED STATES DISTRICT JUDGE

**Orders on Motions**
1:14-cv-02120-AT-WEJ Antoine v. Aaron's, Inc.

4months,ATLC1,CLASS

## U.S. District Court

## Northern District of Georgia

### Notice of Electronic Filing

The following transaction was entered on 7/30/2014 at 1:39 PM EDT and filed on 7/30/2014
**Case Name:** Antoine v. Aaron's, Inc.
**Case Number:** 1:14-cv-02120-AT-WEJ
**Filer:**
**Document Number:** 10

**Docket Text:**
**ORDER granting [4] Application for Admission Pro Hac Vice of Petitioner Megan L. Lindsey. Signed by Judge Amy Totenberg on 7/30/14. (hfm)**

**1:14-cv-02120-AT-WEJ Notice has been electronically mailed to:**

Jennifer Auer Jordan     jennifer@thejordanfirm.com, mpm@birdlawgroup.com, sandi@thejordanfirm.com

John Anthony Love     tlove@kslaw.com, equifaxecf@kslaw.com

**1:14-cv-02120-AT-WEJ Notice has been delivered by other means to:**

Megan L. Lindsey
Edelson PC-CO
999 W. 18th Street
Denver, CO 80202

Steven L. Woodrow
Edelson PC-CO
999 W. 18th Street
Denver, CO 80202

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1060868753 [Date=7/30/2014] [FileNumber=6567679-0
] [9dbc6d8e7b8382537e1303f5bc053dd50993b76895886a8ae71645a79130eb50d6e
094a84c78ebc654ca928727ef22a19e4f80e15bb770564a2205fe0757c440]]

**Utility Events**

1:14-cv-02120-AT-WEJ Antoine
v. Aaron's, Inc.

4months,ATLC1,CLASS

## U.S. District Court

## Northern District of Georgia

### Notice of Electronic Filing

The following transaction was entered on 7/30/2014 at 1:40 PM EDT and filed on 7/30/2014
**Case Name:**      Antoine v. Aaron's, Inc.
**Case Number:**    1:14-cv-02120-AT-WEJ
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Clerks Certificate of Mailing as to Petitioners Steven L. Woodrow and Megan L. Lindsey re [9] Order on Application for Admission PHV, [10] Order on Application for Admission PHV. (hfm)**

**1:14-cv-02120-AT-WEJ Notice has been electronically mailed to:**

Jennifer Auer Jordan     jennifer@thejordanfirm.com, mpm@birdlawgroup.com, sandi@thejordanfirm.com

John Anthony Love     tlove@kslaw.com, equifaxecf@kslaw.com

**1:14-cv-02120-AT-WEJ Notice has been delivered by other means to:**

Megan L. Lindsey
Edelson PC-CO
999 W. 18th Street
Denver, CO 80202

Steven L. Woodrow
Edelson PC-CO
999 W. 18th Street
Denver, CO 80202