IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| DANIEL ANTOINE, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>AARON'S, INC., a Georgia corporation,<br><br>*Defendant*. | Case No. 1:14-cv-02120-AT-WEJ |

## PLAINTIFF ANTOINE'S CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 26.3(a)

I, Steven L. Woodrow, hereby certify that on September 29, 2014, I served ***Plaintiff Antoine's Rule 30(b)(6) Notice, First Requests to Produce, First Requests to Admit, and First Set of Interrogatories*** via U.S. mail and electronic mail on all counsel of record.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 29, 2014 | DANIEL ANTOINE, individually and on behalf of a class of similarly situated individuals, |
|  | /s/ Steven L. Woodrow<br>One of Plaintiff's Attorneys |

1

Jennifer Auer Jordan (No. 027857)
jennifer@thejordanfirm.com
THE JORDAN FIRM, LLC
1447 Peachtree Street, N.E., Suite 880
Atlanta, Georgia 30309
Tel: 404.445.8400
Fax: 404.445.8477

Steven L. Woodrow*
swoodrow@edelson.com
Megan Lindsey*
mlindsey@edelson.com
EDELSON PC
999 West 18th Street, Suite 3000
Denver, Colorado 80202
Tel: 303.357.4878
Fax: 303.446.9111

*Admitted *Pro Hac Vice*

*Attorneys for Plaintiff and the Putative Class*