**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| DANIEL ANTOINE, individually and on behalf of a class of similarly situated individuals,<br><br>*Plaintiff*,<br><br>v.<br><br>AARON'S, INC., a Georgia corporation,<br><br>*Defendant*. | Case No. 1:14-cv-02120-AT-WEJ |

**STIPULATION TO DISMISS**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(ii)**

Plaintiff Daniel Antoine ("Plaintiff") and Defendant Aaron's, Inc. ("Defendant") (together, the "Parties"), hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action should be dismissed *with prejudice* as to Plaintiff's individual claims and dismissed *without prejudice* as to the claims of the putative class members. Each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed.

1

|  |  |
|---|---|
|  | **DANIEL ANTOINE**, individually and on behalf of all others similarly situated, |
| Dated: February 25, 2015 | By:   /s/  Jennifer Auer Jordan<br>         One of Plaintiff's Attorneys |
|  | Jennifer Auer Jordan<br>The Jordan Firm, LLC<br>1447 Peachtree Street, N.E., Suite 880<br>Atlanta, Georgia 30309<br>Tel: 404.873.4720<br>Fax: 404.872.3745<br>*jennifer@thejordanfirm.com* |
|  | **AARON'S, INC.**, |
| Dated: February 25, 2015 | By:   Barry Goheen<br>         One of its Attorneys |
|  | Barry Goheen<br>King & Spalding LLP<br>1180 Peachtree Street<br>Atlanta, Georgia 30309<br>Tel: 404.572.4600<br>Fax:404.572.4618<br>*bgoheen@kslaw.com* |

2